IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

NICK LOPEZ, Individually and as
Administrator of the Estate of
Rigoberto Lopez-Alvarado                                          PLAINTIFF

v.                           No. 2:10-cv-44-DPM

UNITED STATES OF AMERICA                                          DEFENDANT

## JUDGMENT

Lopez's complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 April 2013